UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PINK OCEAN HOSPITALITY, LLC, a California Limited Liability Company,<br><br>　　　　　Defendant. | No. 2:14-cv-01562-TLN-CKD<br><br><br>**ORDER** |

The matter is before the Court on Plaintiff's *ex parte* Application for Stipulated Judgment (ECF No. 20) pursuant to the terms of the parties' settlement agreement. The parties agreed to $1,500 in attorney's fees for filing a stipulated judgement motion and an interest rate of ten percent per annum. The Court calculated the time period from the date of the agreement, June 07, 2016, to the date Plaintiff could have requested judgement from the Court, May 15, 2017. This resulted in interest in the amount of $939.73. Defendants owe $6,000 remaining on the settlement agreement. Accordingly, good cause being shown and pursuant to the agreement of the parties, the Court hereby enters Judgment in favor of Plaintiff in the amount of $8,439.73.

　　　　IT IS SO ORDERED.

Dated: July 12, 2017

Troy L. Nunley
United States District Judge

1