# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case: 2:14-cv-01562-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER ON REQUEST TO VACATE DEBTOR EXAM** |
| **Pink Ocean Hospitality, LLC,** | |
| Defendants. | Date: 5/22/19<br>Time: 10:00 a.m.<br>Courtroom: 24 |

## **ORDER**

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Yan Shi, Manager Pink Ocean Hospitality, LLC scheduled for May 22, 2019 is vacated.

Dated: May 22, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Order on Request to Vacate Exam